

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00297-CV

Dolores **GONZALEZ**,
Appellant

v.

**DISCOVER BANK**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2023CVH000968D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED September 18, 2024.

_____
Beth Watkins, Justice